# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JUAN MCCLENDON**                                                                 **PLAINTIFF**

v.                          No. 4:22-cv-867-DPM

**UNITED OF OMAHA LIFE
INSURANCE COMPANY**                                                        **DEFENDANT**

## JUDGMENT

McClendon's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 March 2024